# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE XPO LOGISTICS, INC. DERIVATIVE LITIGATION | C.A. NO. 19-CV-889-RGA |

## LOUIS DEJOY'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT AND TO STAY BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS

Defendant Louis DeJoy respectfully responds to Plaintiffs' Motion for Leave to File a First Amended Consolidated Shareholder Derivative Complaint and to Stay Briefing On Defendants' Motions to Dismiss (D.I. 37) (the "Motion"), pursuant to D. Del. LR 7.1.2(b), as follows:

The proposed amended complaint does not allege claims against Mr. DeJoy. As set forth in his pending motion to dismiss with prejudice and as admitted by Plaintiffs' proposed amended complaint, Mr. DeJoy should be dismissed from this lawsuit.

Respectfully submitted,

*/s/ Kevin J. Mangan*
Kevin J. Mangan (DE Bar No. 3810)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Tel.: (302) 252-4320
kevin.mangan@wbd-us.com

Ronald R. Davis (*pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3771
ronald.davis@wbd-us.com

*Attorneys for Defendant Louis DeJoy*

Dated: April 13, 2020