IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE XPO LOGISTICS, INC., DERIVATIVE LITIGATION | : : : : | Civil Action No. 19-899-RGA Consolidated |

**O R D E R**

WHEREAS, the above-captioned case was stayed on July 14, 2020, due to litigation that is presently pending before the United States District Court for the District of Connecticut (see D.I. 49);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

July 17, 2020         /s/ Richard G. Andrews
   DATE               UNITED STATES DISTRICT JUDGE